# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL GARCIA CARRANZA,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN, FCC-LOMPOC LOW II,<br><br>　　　　　　　　Respondent. | Case No. 2:24-cv-00710-SPG-E<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition filed by Misael Garcia Carranza ("Petitioner"), (ECF No. 1 ("Petition")); the record in this case; and the Report and Recommendation of United States Magistrate Judge, (ECF No. 9 ("Report" or "R. & R.")).  The Petitioner's last day to object to the Report and Recommendation was May 6, 2024, (R. & R.), but as of the date of this Order, Petitioner has not done so.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　　The Court hereby ORDERS that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying and dismissing the Petition without prejudice.

The Court further ORDERS the Clerk of Court to serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

DATED: July 5, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE