JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL GARCIA CARRANZA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCC-LOMPOC LOW II,<br><br>　　　　　　　Respondent. | Case No. 2:24-cv-00710-SPG-E<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action dismissed without prejudice.

Dated: July 5, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE